1  Marc V. Kalagian
   Attorney at Law: 149034
   Law Offices of Rohlfing & Kalagian, LLP
2  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
3  Tel.: (562)437-7006
   Fax: (562)432-2935
4  E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Tyrone D Lowe
6

7
                     UNITED STATES DISTRICT COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
9

10

11  TYRONE D LOWE,                    )  Case No.: CV 13-07471 JC
                                      )
12                                    )  ORDER OF  DISMISSAL
             Plaintiff,               )
13                                    )
         vs.                          )
14  CAROLYN W. COLVIN, Acting         )
    Commissioner of Social Security,  )
15                                    )
                                      )
16           Defendant.               )
                                      )
17  _____  )

18
         The above captioned matter is dismissed with prejudice, each party to bear
19
    its own fees, costs, and expenses.
20
         IT IS SO ORDERED.
21

22  DATE:      April 14, 2014

23
                                      _____/s/_____
                                      THE HONORABLE JACQUELINE CHOOLJIAN
24                                    UNITED STATES MAGISTRATE JUDGE

25

26

                                     -1-